No. 04-448. BEARD, SECRETARY, PENNSYLVANIA DEPART-MENT OF CORRECTIONS, ET AL. *v.* HARDCASTLE. C. A. 3d Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 04-478. LOFTON ET AL. *v.* SECRETARY, FLORIDA DEPART-MENT OF CHILDREN AND FAMILIES, ET AL. C. A. 11th Cir. Motion of Child Welfare League of America for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 04-515. ELLIOTT *v.* VIRGINIA. Sup. Ct. Va. Motion of National Association of Criminal Defense Lawyers et al. for leave to file a brief as *amici curiae* granted.

No. 04-522. UNITEDHEALTH GROUP, INC., FKA UNITED HEALTHCARE CORP., ET AL. *v.* KLAY ET AL. C. A. 11th Cir. Certiorari denied. JUSTICE THOMAS took no part in the consideration or decision of this petition.

No. 04-537. DAVIDSON ET AL. *v.* VIVRA INC. ET AL.; and DA-VIDSON ET AL. *v.* MEEHAN ET AL. C. A. 9th Cir. Certiorari before judgment denied.

No. 04-568. FLORIDA *v.* FRANKLIN. Dist. Ct. App. Fla., 4th Dist. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 04-582. RUI ONE CORP. *v.* CITY OF BERKELEY, CALIFOR-NIA, ET AL. C. A. 9th Cir. Motion of Washington Legal Foundation for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 04-591. CHRIST UNIVERSAL MISSION CHURCH *v.* CITY OF CHICAGO, ILLINOIS, ET AL. C. A. 7th Cir. Motion of American Jewish Congress et al. for leave to file a brief as *amici curiae* granted.

No. 04-605. CHINEA-VARELA, AKA VARELA *v.* CBS BROAD-CASTING INC. ET AL. C. A. 9th Cir. Certiorari denied. JUSTICE BREYER took no part in the consideration or decision of this petition.